## ALLEN v. STATE.
### No. 18758.

Court of Criminal Appeals of Texas.
Jan. 27, 1937.

Frank D. Ivey, of Dallas, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, ten years in the penitentiary.

The record is here without statement of facts or bills of exceptions. All matters of procedure appear regular.

The judgment is affirmed.